UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TAMMY M. MEEKS                                                                         PLAINTIFF

V.                          NO. 4:18CV00362 BRW-JTR

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions not reserved
to the Commissioner of Social Security                                                 DEFENDANT

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects. Judgment will be entered accordingly.

Accordingly, the Commissioner's decision is AFFIRMED, and Plaintiff Tammy M. Meeks' Complaint is DISMISSED with prejudice.

IT IS SO ORDERED, this 31st day of January, 2019.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE