UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TAMMY M. MEEKS                                                                PLAINTIFF

V.                    NO. 4:18CV00362 BRW-JTR

NANCY A. BERRYHILL,
**Deputy Commissioner for Operations,**
**performing the duties and functions not reserved**
**to the Commissioner of Social Security**                       DEFENDANT

## JUDGMENT

Based on the order entered today this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED, this 31st day of January, 2019.

                                        /s/ Billy Roy Wilson _____
                                        UNITED STATES DISTRICT JUDGE